UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA W. BENNETT, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEWARK, *et al.*, <br><br> Defendants. | 19-cv-20878 <br><br> ORDER |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court on Defendants Dr. Norma Milanes-Roberts ("Milanes-Roberts") and Ms. Ketlen Baptiste-Alsbrook's ("Baptiste-Alsbrook") motions to dismiss. ECF Nos. 7 ("Milanes-Roberts Motion") & 17 ("Baptiste-Alsbrook Motion"). Also before the Court is Plaintiff Dr. Patricia W. Bennett's ("Bennett") motion to amend. ECF No. 22 ("Bennett Motion").

For the reasons set forth in the accompanying opinion, **IT IS** on this 3rd day of August 2020, **ORDERED** as follows:

- Milanes-Roberts's motion to dismiss, ECF No. 7, is **GRANTED IN PART** and **DENIED IN PART**;

- Baptiste-Alsbrook's motion to dismiss, ECF No. 17, is **GRANTED**, except as to prejudice;

- Bennett's motion to amend and file the proposed amended complaint, ECF No. 22, is **DENIED**; and

- Bennett **MAY** file an amended complaint within 30 days of the date of this Order.[1]

_____
WILLIAM J. MARTINI, U.S.D.J.

---

[1] Plaintiff **SHALL** include "blackline" copies of additional pleadings, comparing the filing to the original Complaint *and* the Proposed Amended Complaint ("PAC"). The Court appreciates Bennett's inclusion of such demarcations in the PAC, and similar formatting is acceptable moving forward.