**JALLOH & JALLOH, LLC**
Bernice M. Jalloh, Esq. (ID# 00079-2006)
Mohamed S. Jalloh, Esq. (ID# 04052-2004)
May H. Wedlund, Esq. (ID #21366-2017)
Aliza Anvari, Esq. (ID# 14678-2015)
21 W. Blancke Street, 2nd Floor
Linden, NJ 07036
Tel:   (908) 363-9899
Fax:   (908) 363-9899
*Attorneys for Defendants City of Newark and Newark Department of Health & Community Wellness*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA W. BENNETT, M.D.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, NEWARK DEPARTMENT OF HEALTH & COMMUNITY WELLNESS, NORMA MILANES-ROBERTS, M.D. and MARK WADE, M.D.<br><br>Defendants. | Civil Action NO.: 2:19-cv-20878-WJM-MF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT DEPARTMENT OF HEALTH & COMMUNITY WELLNESS** |

In consideration of the fact that the Newark Department of Health & Community Wellness is merely a department, or administrative arm, within the City of Newark, and, therefore, is not a separate legal entity that can be sued individually or in conjunction with the City of Newark, Plaintiff hereby voluntarily dismisses all claims that were or could have been asserted by Plaintiff in the above captioned matter against named Defendant Department of Health & Community Wellness and it is hereby stipulated and agreed that this action be dismissed with prejudice and without costs or attorney's fees to the parties.

| | |
|---|---|
| **PRESTON & WILKINS, LLC**<br>Attorneys for Plaintiff<br>Patricia W. Bennett, M.D.<br><br>By: _/s/ Gregory R. Preston_<br>Gregory R. Preston, Esq.<br><br>Dated: 6/8/21 | **JALLOH & JALLOH, LLC**<br>Attorneys for Defendant Department<br>of Health & Community Wellness<br><br>By: _/s/ Bernice M. Jalloh_<br>Bernice M. Jalloh, Esq.<br><br>Dated: |