**PASHMAN STEIN WALDER HAYDEN, P.C.**
RAYMOND M. BROWN, ESQ.
RACHEL E. SIMON, ESQ.
Court Plaza South
21 Main Street – Suite 200
Hackensack, NJ 07601
(201) 488-8200
*Attorneys for Defendant Dr. Mark Wade*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------X
PATRICIA W. BENNETT, M.D.,                CIVIL CASE NO. 2:19-cv-20878

        Plaintiff,

   -against-                                        **DEFENDANTS' JOINT MOTION**
                                                        **FOR SUMMARY JUDGMENT**
CITY OF NEWARK, NEWARK DEPT.
OF HEALTH & COMMUNITY WELLNESS,
NORMA MILANES-ROBERTS, M.D., AND
MARK WADE, M.D.,

        Defendants.
-------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Defendants City of Newark ("City"), Dr. Mark Wade ("Dr. Wade"), and Dr. Norma Milanes-Roberts ("Dr. Roberts"), through counsel, hereby jointly move before the Honorable William J. Martini, U.S.D.J., as soon as the parties may be heard, for an Order granting Summary Judgment to Defendants. In support of this motion, Defendants rely on the attached brief, certification of Rachel E. Simon, Esq. dated August 1, 2023, and proposed order.

      **THIS JOINT MOTION** is being <u>served</u> today pursuant to the summary judgment schedule issued in this matter on May 31, 2023**,** by Order of the Hon. Andre Espinosa, U.S.M.J. Per such Order, motion opposition papers must be <u>served</u> by October 2, 2023, replies <u>served</u> by November 1, 2023, and this joint motion to be <u>filed on the docket</u> by November 1, 2023.

                                         **PASHMAN STEIN WALDER HAYDEN, P.C.**
                                         *Attorneys for Defendant Dr. Mark Wade*

                                         By: s/Rachel E. Simon
Dated: August 1, 2023                      Rachel E. Simon, Esq.
                                                For the Firm


                                       **SCHAFFER SHAIN JALLOH, P.C.**
                                         *Attorneys for Defendant City of Newark*

                                         By: s/Jumba Mugwanya
Dated: August 1, 2023                      Jumba Mugwanya
                                                Schaffer Shain Jalloh, P.C.
                                                21 West Blancke Street
                                                Linden, NJ 07036
                                                Phone: (908) 953-9300
                                                JMugwanya@schaffershainjalloh.com


                                       **LAW OFFICES OF YVETTE GIBBONS, P.C.**
                                       *Attorneys for Defendant Dr. Norma Milanes-Roberts*

                                       By: s/Yvette Gibbons
Dated: August 1, 2023                      Yvette Gibbons Esq.
                                                Law Offices of Yvette Gibbons, LLC
                                                4 South Orange Avenue, No. 139
                                                South Orange, NJ 07079
                                                Phone: 908-267-0085
                                                GibbonsLaw@comcast.net