UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA W. BENNETT, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY of NEWARK, NORMA MILANES-ROBERTS, M.D., and MARK WADE, M.D.,<br><br>    Defendants. | Civil Action No.:<br>2:19-CV-20878-WJM<br><br>ORDER |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court upon the City of Newark ("City"), Dr. Mark Wade ("Dr. Wade"), and Dr. Norma Milanes-Roberts' ("Dr. Roberts" and collectively with the City and Dr. Wade "Defendants") Motion for Summary Judgment (the "Motion") pursuant to Federal Rule of Civil Procedure 56. ECF No. 87. For the reasons set forth in the accompanying opinion, **IT IS** on this 7th day of January 2024, **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

/s/ William J. Martini
WILLIAM J. MARTINI, U.S.D.J.

Date: January 9, 2024